# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:19-cr-57 |
| vs. | : | Judge Timothy S. Black |
| JOSEPH LEE SINGLETARY, JR. (3), | : | |
| Defendant. | : | |

## ORDER AUTHORIZING MEDICAL FURLOUGH

This case is before the Court on Defendant's request for a medical furlough, in order to attend an appointment with his primary care physician, on June 8, 2023, at 2:00 p.m.[1] Defendant's mother, Kelly Gregory, has committed to this Court that she will transport Defendant to and from his appointment, will be present during the appointment, and will at all times remain in Defendant's presence during the furlough.

Accordingly, the Court hereby ORDERS that Defendant Joseph Lee Singletary, Jr. SHALL be permitted to leave the Butler County Jail, in the custody of his mother, Kelly Gregory, for a medical furlough, subject to the following conditions:

(1) Defendant SHALL be released on furlough **at 1:00 p.m. on June 8, 2023**, and SHALL return to the Butler County Jail **no later than 4:15 p.m. on June 8, 2023**;

(2) Defendant SHALL ONLY be released into the sole custody of his mother, Kelly Gregory. Butler County Jail SHALL confirm the identity of Ms. Gregory before permitting Defendant to leave the jail for medical furlough, pursuant to this Order;

---

[1] Defendant's mother provided the Court with the name and address of Defendant's physician. The Court can provide this information to the U.S. Marshals, as needed.

(3) Ms. Gregory must transport Defendant to and from his medical appointment and must remain in Defendant's company at all times;

(4) In the event that any future tests, lab work, appointments, or referrals are recommended, Ms. Gregory must obtain the relevant paperwork/lab orders from the doctor. The Court will require Ms. Gregory to furnish copies of said paperwork/lab orders before the Court will consider any future medical furloughs;

(5) Defendant's June 8, 2023 medical furlough is authorized for the sole purpose of allowing Defendant to keep a scheduled medical appointment on June 8, 2023, at 2:00 p.m. Defendant SHALL go directly from Butler County Jail to his appointment and SHALL return directly to Butler County Jail after his appointment; and

(6) Defendant's failure to abide by any of the conditions set forth in this Order may result in the immediate issuance of a warrant, a finding of contempt, and/or any other appropriate sanctions.

**IT IS SO ORDERED.**

Date:  6/6/2023

*Timothy S. Black*
Timothy S. Black
United States District Judge